148

## DUNLAP et al. v. JAMES BROWN.

Court of Common Pleas.  Sussex.  March 6, 1797.

*Wilson's Red Book, 168.*

PER CURIAM.  BASSETT, C. J.  It is contrary to our rules to set aside an execution returned to a former term;  there ought to be times within which people ought to apply for redress.

JOHNS, J.  This would be a total loss of plaintiffs' debt, being foreigners and the estate insolvent;  a court of equity would compel the party claiming justice also [to] do it himself.

RODNEY, J., accordant.
*Miller* and *Hall* for plaintiff.  *Wilson* for defendant.